**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 15-06008-08-CR-W-GAF |
| ) | |
| **COURTNEY W. MARTIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On March 31, 2017, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(27), and 28 U.S.C. § 636 and entered a plea of guilty to the charge of conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846, a lesser included offense of Count One of the Indictment. The Defendant also admitted the allegations of forfeiture, which include a money judgment to be entered against the Defendant, as contained in the Indictment (doc. 1) before Chief United States Magistrate Judge Sarah W. Hays. On April 10, 2017, Judge Hays issued her Report and Recommendation (doc. 358). Objections were due on or before April 24, 2017. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                      s/ Gary A. Fenner  
                                                     GARY A. FENNER, JUDGE  
                                                     UNITED STATES DISTRICT COURT

DATED: April 26, 2017